March 28, 1995.
Reconsideration and Stay Denied April 26, 1995.

### ORDER

PER CURIAM:

AND NOW, this 28th day of March, 1995, it is hereby ordered that the within appeal is quashed. The Petition for Emergency Stay/Hearing On Expedited Basis In An Election Matter is denied.

MONTEMURO, J., is sitting by designation.

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Shawn WALKER, Appellant.**

Supreme Court of Pennsylvania.

Aug. 4, 1995.

### ORDER

PER CURIAM:

AND NOW, this 4th day of August, 1995, the Execution in the above captioned matter

is stayed pending resolution of the Petition for Certiorari by the United States Supreme Court.

MONTEMURO, J., is sitting by designation.

**Mary FERRACCIO, Appellant,**

v.

**WORKMEN'S COMPENSATION APPEAL BOARD (INTECH CONSTRUCTION COMPANY, INC.)**

Supreme Court of Pennsylvania.

Argued Oct. 25, 1995.

Decided Dec. 15, 1995.

Reargument Denied Feb. 12, 1996.

James J. Demarco, Philadelphia, for Mary Ferraccio.

Andrew E. Greenberg, Philadelphia, for Intech Construction Company, Inc.

Eric S. Weiss, Philadelphia, Norman R. Haigh, for W.C.A.B.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY, CASTILLE and MONTEMURO, JJ.

### ORDER

PER CURIAM:

Order affirmed.

CAPPY, J., dissents.

MONTEMURO, J., participates by designation as a senior judge as provided by Pa.R.J.A. No. 701(f).